**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CLIFFORD WHITE JR.**                                            **PLAINTIFF**
**ADC #145996**

v.                      **No: 4:20-cv-00283 JM-PSH**

**CAGNEY JARROD PICKETT,** *et al.*                          **DEFENDANTS**

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT White's excessive force and retaliation claims against defendant Pickett in his individual capacity will proceed and that all other claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

DATED this 26th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE