IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLIFFORD WHITE JR.**  **PLAINTIFF**
**ADC #145996**

v.   Case No: 4:20-cv-00283 JM

**CAGNEY JARROD PICKETT**  **DEFENDANT**

## ORDER

Plaintiff Clifford White, Jr. filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on March 17, 2020 (Doc. No. 2), and was subsequently granted leave to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915(a) (Doc. No. 3). Defendant Cagney Jarrod Pickett moves to dismiss White's case for failure to prosecute (Doc. Nos. 29 & 30). Pickett submits a Declaration executed by his counsel showing that correspondence mailed to White on February 22, 2021, was returned as undeliverable with a notation that White was no longer at that address and had no forwarding address (Doc. No. 29 at 3-4). On March 11, 2021, the Court entered a text order informing White that if he intended to respond to the defendant's motion, he must do so within 14 days (Doc. No. 32). The Court's text order was sent to White's last known address but returned as undeliverable with a notation that he had been paroled (Doc. No. 33).

More than 14 days have passed, and White has not responded to Pickett's motion and mail sent to White has been returned as undeliverable. Accordingly, the Court finds that this action should be dismissed without prejudice based on White's failure to prosecute and to comply with Local Rule 5.5(c)(2). *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERDED THAT Pickett's motion to dismiss (Doc. No. 29) be granted and White's complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 5th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE