IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLIFFORD WHITE JR.**                                                                 **PLAINTIFF**
**ADC #145996**

v.                              Case No: 4:20-cv-00283 JM

**CAGNEY JARROD PICKETT**                                                 **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 5th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE